IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PATRICIA GIBSON**                                                                                      **PLAINTIFF**

v.                                            No. 3:15-CV-00128-JTR

**CAROLYN W. COLVIN,**
**Acting Commissioner,**
**Social Security Administration**                                                          **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is REVERSED, and this case is REMANDED for proceedings specified in the Court's order.

So ordered this 1st day of July 2016.

_____
UNITED STATES MAGISTRATE JUDGE